# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

UNITED STATES OF AMERICA

    V.                                      CASE NUMBER:    5:02CR4
                                                                       5:03CR7

Samuel Clint Blancher

THIS MATTER is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshalls service is hereby ORDERED to transport and produce the body of Defendant, Samuel Clint Blancher (USM#17764-058), for a hearing before the Honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than December 29, 2022, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation office.

IT IS SO ORDERED.

_signature_
Max O. Cogburn Jr
United States District Judge