UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:03-cr-00004-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| **SAMUEL CLINT BLANCHER**, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's motion for compassionate release. (Doc. No. 68).

## ORDER

**IT IS ORDERED** that within 30 days the Government **SHALL** file a response to Defendant's motion for compassionate release.

Signed: July 25, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge